E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)
(1)(C) – Possession With Intent To
Distribute Cocaine; 18 U.S.C. §
922(g)(1) – Felon in Possession of
a Firearm

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

See Attachment A

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ Anthony Crawford

**DISTRICT COURT NUMBER**

CR07-0 617 CW

*(stamp)* FILED SEP 27 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
ATF

☑ person is awaiting trial in another Federal or State
Court, give name of court
Alameda County

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☑ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  SAUSA BRYAN R. WHITTAKER

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?  ☐ Yes  ☑ No  } If "Yes"
give date
filed _____

**DATE OF ARREST** ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____

Before Judge: _____

Comments:

# **Attachment A**

**Count One:** 21 U.S.C. §§ 841(a)(1), and (b)(1)(C) – Possession with Intent to Distribute
a  Schedule II Controlled Substance

|  |  |
|---|---|
| Imprisonment: | Maximum 30 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Mandatory Minimum 6-Year Term |
| Special Assessment: | $100 |

**Count Two:** 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

|  |  |
|---|---|
| Imprisonment: | Maximum 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised release: | 3 years |
| Special assessment: | $100 |

E-filing

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

**V.**

ANTHONY CRAWFORD,,

CR07-0 617

DEFENDANT.

---

# INDICTMENT

VIOLATIONS:  21 U.S.C. §§ 841(a)(1) and 841(b)(1)
(C) – Possession With Intent To Distribute Cocaine;  18
U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

---

A true bill.

_____
Foreman

Filed in open court this __27 th__ day of
__September, 2007__

_____
Clerk

Bail, $ _No bail arrest warrant._

9-27-07

E-filing

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 SEP 27 AM 11: 30

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR07-00617 |
| | ) | |
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and |
| | ) | 841(b)(1)(C) – Possession With Intent To |
| v. | ) | Distribute Cocaine;  18 U.S.C. § 922(g)(1) – |
| | ) | Felon in Possession of a Firearm |
| | ) | |
| ANTHONY CRAWFORD, | ) | |
| | ) | OAKLAND VENUE |
| Defendant. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:          (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) -- Possession With Intent To
Distribute Cocaine)

On or about August 5, 2007, in the Northern District of California, the defendant,

ANTHONY CRAWFORD,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled

substance, namely, a mixture and substance containing a measurable and detectable amount of

cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

////

CRAWFORD INDICTMENT

1    COUNT TWO:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

2           On or about August 5, 2007, in the Northern District of California, the defendant,

3                    ANTHONY CRAWFORD,

4    having previously been convicted of a felony crime punishable by a term of imprisonment

5    exceeding one year, did knowingly possess a firearm, described as a Smith & Wesson, Model

6    686, .357 Magnum, serial number AHE4022, in and affecting commerce, in violation of Title 18,

7    United States Code, Section 922(g)(1).

8

9    DATED:       September 27, 2007            A TRUE BILL.

10

11                                          FOREPERSON

12    SCOTT N. SCHOOLS
       United States Attorney

13

14

15    W. DOUGLAS SPRAGUE
       Chief, Oakland Branch

16

17    (Approved as to form: _____ )
                        SAUSA WHITTAKER

18

19

20

21

22

23

24

25

26

27

28

CRAWFORD INDICTMENT