UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 12/19/07**

**Plaintiff:** United States

**v.**                                                   **No.** CR-07-00617 CW

**Defendant:** Anthony Crawford (present - in custody)

**Appearances for Plaintiff:**
James Mann for Bryan Whittaker

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:  Trial Setting

**Notes:**     This was the defendant's initial appearance before District Judge.  Defendant does have some discovery from the government and will be asking for more; defense also needs medical records.  Defense to ask for discovery this week and government to provide ASAP.  **Case continued to 1/23/08 at 2:00 p.m. for trial setting or motions or disposition.**  If defense has any motions, he should file them by 1/16; counsel can stipulate to briefing.  Time excluded for effective preparation and continuity of counsel.

Copies to: Chambers