UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 1/23/08

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00617 CW

**Defendant:** Anthony Crawford (present - in custody)


**Appearances for Plaintiff:**
Bryan Whitaker

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


        **Hearing:   Trial Setting or Motions or Disposition**

**Notes:**     Defense has asked for CAD tapes from OPD but has not gotten them yet; defendant needs tapes to determine if there will be motions filed.  Government has not received the tapes yet; government will issue subpoena.  Defense to get tapes by 2/13/08.  **Case continued to 3/5/08 at 2:00 p.m. for motions hearing or trial setting or disposition.**  Defense to file any motions by 2/20/08 and notice for hearing on 3/5/08.  Time excluded for effective preparation based on difficulty in getting tapes and for possible pending motions.

Copies to: Chambers