JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Phone: 510/637-3705
   Fax: 510/637-3724
   E-mail: james.c.mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-617 CW |
|       Plaintiff, | ) | |
| v. | ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| ANTHONY CRAWFORD, | ) | |
|       Defendant. | ) | |

    Please take notice that as of February 15, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address is listed below is assigned to be counsel for the government.

JAMES C. MANN
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3705
Fax: 510/637-3724
E-mail: james.c.mann@usdoj.gov

DATED: February 15, 2008        Respectfully submitted,

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

                    /s/
                    JAMES C. MANN
                    Assistant United States Attorney

SUBSTITUTION OF ATTORNEY