1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:   (510) 637-3724
      E-Mail:       James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-07-00617 CW
                                     )
14          Plaintiff,               )    ORDER GRANTING STIPULATED
                                     )    REQUEST TO VACATE HEARING
15     v.                            )    DATE TO APRIL 9, 2008 AND TO
                                     )    EXCLUDE TIME UNDER THE SPEEDY
16  ANTHONY CRAWFORD,                )    TRIAL ACT
                                     )
17          Defendant.               )    Date:      March 5, 2008
                                     )    Time:      2:00 p.m.
18  _____)    Court:     Hon. Claudia Wilken

19         The above-captioned matter was set on March 5, 2008 before this Court for motions, trial

20  setting, or disposition.  The parties request that the Court continue the hearing to April 9, 2008 at

21  2:00 p.m. and that the Court exclude time under the Speedy Trial Act between March 5, 2008

22  and April 9, 2008.

23         The parties require additional time to investigate this matter and to effectively prepare for

24  the hearing taking into account the exercise of due diligence.  Specifically, the parties are

25  negotiating the final terms of a plea agreement and require additional time to research the

26  defendant's criminal history; furthermore, the parties need further time to investigate other

27  matters in this case.  The extension is not sought for delay.  The parties agree the ends of justice

28  served by granting the continuance outweigh the best interests of the public and the defendant in

STIP. REQ. TO VACATE STATUS HEARING TO APRIL 9, 2008 AND TO EXCLUDE TIME
No. CR-07-00617 CW

1   a speedy trial.  Undersigned defense counsel represents that he has spoken with his client, Mr.

2   Crawford, and that Mr. Crawford agrees to this request.  Therefore, the parties further stipulate

3   and request that the Court exclude time between March 5, 2008 and April 9, 2008 under the

4   Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5

6   DATED: February 27, 2008

7

8

            _____/s/_____              _____/s/_____
9   JAMES C. MANN                                         JEROME MATTHEWS
    Assistant United States Attorney                      Assistant Federal Public Defender
10  Counsel for United States                             Counsel for Anthony Crawford

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO VACATE STATUS HEARING TO APRIL 9, 2008 AND TO EXCLUDE TIME
No. CR-07-00617 CW

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )    No. CR-07-00617 CW
                                     )
12          Plaintiff,               )    [PROPOSED] ORDER GRANTING
                                     )    STIPULATED REQUEST TO VACATE
13                                   )    HEARING DATE TO MARCH 26, 2008
        v.                           )    AND TO EXCLUDE TIME UNDER THE
14                                   )    SPEEDY TRIAL ACT
                                     )
15  ANTHONY CRAWFORD,                )    Date:      March 5, 2008
                                     )    Time:      2:00 p.m.
16          Defendant.               )    Court:     Hon. Claudia Wilken
    _____)

17
18

19          The parties jointly requested that the hearing in this matter be moved from March 5, 2008

20  to April 9, 2008, and that time be excluded under the Speedy Trial Act between those dates to

21  allow the time to investigate this matter, including the defendant's criminal history, and to

22  effectively prepare for the hearing taking into account the exercise of due diligence.  For these

23  stated reasons, the Court finds that the ends of justice served by granting the continuance

24  outweigh the best interests of the public and the defendant in a speedy trial.  Good cause

25  appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

26          **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from March

27  5, 2008 to April 9, 2008 at 2:00 p.m., and that time between March 5, 2008 and April 9, 2008 is

28

STIP. REQ. TO VACATE STATUS HEARING TO APRIL 9, 2008 AND TO EXCLUDE TIME
No. CR-07-00617 CW

1    excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into

2    account the exercise of due diligence.

3        **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a

4    Pre-Plea Presentence Investigation Report calculating only the defendant's criminal history and

5    shall provide the Pre-Plea Presentence Investigation Report to the parties by April 2, 2008.

6                3/3/08

7    DATED:_____          _____

8                                      HON. CLAUDIA WILKEN
                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO VACATE STATUS HEARING TO APRIL 9, 2008 AND TO EXCLUDE TIME
No. CR-07-00617 CW