UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/9/08

**Plaintiff:**  United States

**v.**                                                    **No.**  CR-07-00617 CW

**Defendant:**  Anthony Crawford (present - in custody)


**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


        **Hearing:  Motions Hearing or Trial Setting or Disposition**

**Notes:**     Defense has draft plea agreement from government, but there are a couple of legal matters to discuss re calculations.  **Case continued to 4/16/08 at 2:00 p.m. for disposition or trial setting.**  Defense has no motions that he will be filing.  Government to submit copy of plea agreement to Court to exclude time.  Time will be excluded when Court gets the plea agreement for consideration.

Copies to: Chambers