UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

APR 1 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number _____CR-07-00617 CW_____

Defendant's Name _____Anthony Crawford_____

Defense Counsel _____Jerome Matthews_____

Referral Date _____4/16/08_____

Sentencing Date _____7/9/08_____ @ 2:00 p.m

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

**X** Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____SHEILAH CAHILL_____
Deputy Clerk

for use of Courtroom Deputies: )
)
Is defendant in custody: Yes )
)
Is defendant English- Yes )
speaking? )
)
)

cc: U. S. Probation