UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order



FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/16/08

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00617 CW

**Defendant:** Anthony Crawford (present - in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Change of Plea**

**Notes:** Defendant enters under oath Rule 11(c)(1)(B) plea of guilty to Count 1 of the Indictment charging possession with intent to distribute a Schedule II controlled substance, namely a mixture and substance containing a detectable amount of cocaine, in violation of 21 USC 841(a)(1) and (b)(1)(C), and in Count 2 with knowingly possessing a firearm having previously been convicted of a felony, in violation of 18 USC 922(g). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. Full PSR requested. **Judgment and sentencing set for 7/9/08 at 2:00 p.m.**✓

Copies to: Chambers; probation