# Exhibit A

<u>U.S. v. Anthony Crawford</u>
CR-07 00345 SBA

TRI-VALLEY REGIONAL OCCUPATIONAL PROGRAMS
CORRECTIONAL EDUCATION
2600 KITTY HAWK ROAD, SUITE 117
LIVERMORE, CA 94551
(925) 551-6694

COURT LETTER – DEUCE

DATE: 5/16/08

To Whom It May Concern:

This letter serves to verify that **Anthony Crawford**
PFN: **UCL112** (**is**) or is not (circle one) currently enrolled in the Deciding, Educating, Understanding, Counseling and Evaluating (**DEUCE**) Program, and has completed **5 of 60** days of attendance.
**Five (5)**

The **DEUCE** program is sixty (60) days of classroom attendance and participation, and includes several subject areas dealing with substance abuse, anger management, addiction and life skills. Upon successful completion of the program, students will be awarded a certificate.

The **DEUCE** program is a voluntary alcohol and drug education program, based on the 12-Step format, for inmates at the Santa Rita County Jail, in Dublin, and the Glenn E. Dyer Jail, in Oakland, California. The program is administered and taught by the staff of the Tri-Valley Occupational Programs, and the instructors are state certificated.

Sincerely,

*[signature]*

**DEUCE** Instructor

Invalid without
Embossed Seal

**TRI VALLEY REGIONAL OCCUPATIONAL PROGRAMS**
**CORRECTIONAL EDUCATION**
**2600 KITTY HAWK ROAD, SUITE 117**
**LIVERMORE, CA 94551**
**(925) 551-6694**

**COURT LETTER – GED**

DATE: _May 13, 2008_

To Whom It May Concern:

The General Education Development (**GED**) Program provides an opportunity for individuals to study and prepare for the **GED** examination. Passing the **GED** exam provides a High School Equivalency Certificate. The program is offered in a classroom setting and through independent study.

This letter serves to verify that _Anthony Crawford_
PFN number: _ULL112_ has volunteered to be a part of the **GED** program offered at the Alameda County Sheriff's Department facilities in Dublin, Santa Rita Jail, and in Oakland, Glenn E. Dyer Jail. The program is administered and taught by the staff of the Tri-Valley Regional Occupational Programs, and the instructors are state certificated.

Sincerely,

_[signature]_
**GED Instructor**


**Invalid Without**
**Embossed Seal**

# Exhibit B

**U.S. v. Anthony Crawford**
CR-07 00345 SBA

Attn: Jerome E. Matthews
Assistant Federal Public Defender
555 12th street
Oakland, California

This a character reference for Mr. Anthony R. Crawford Jr.
I have known Anthony for over five years. He has been a great friend of mind and a very trust worthy friend also. I have several fundraisers each year for the children of my school and my church. Not only does he support my activities he also encourages his peers to become involve also.

I have witness Mr. Crawford helping the young males of the community. By showing the right direction to go in and letting them know that doing the right thing will results in great rewards. He's also been a good protecter of the elderly including me. Other young men seem to listen to him and be respectful around the elderly.

*In my honest opinion he would do more good helping young people in the community to learn from his mistakes and go in the right direction. He can not do society or himself any good being locked up. I would like to see him helping his self and others by helping in the community and not from behind bars. I would support him fully.*

            Sincerely,
               Ms. Arterlia Goodwin
               Para Professional,
               Oakland Public Schools
               President of Usher Board
               Shiloh Missionary Baptist Church
               Hayward, California

*Ms. Arterlia Goodwin*
*Special Ed. Para Professional*
*O.U.P.S.*

FEDERAL PUBLIC DEFENDER
RECEIVED
MAY 9 2008

## PERRY A VITAL

2507 76th Ave
Oakland, Ca 94605
510.632.4225
Perry vital@yahoo.com

June 8, 2008

Alameda Courts
Oakland, Ca

Dear Your Honor,

I Perry Vital a husband of thirty-three years and a father of five, grandfather of ten, have been a residence in Oakland for the pass 17 years. I have known Anthony R Crawford Jr. for over five years.

In the five years I've known Anthony I have come to realize that he is a responsible person and a supportive father and grandfather. Anthony fell on hard times and as a result made some bad judgments in order to provide for his family.

In no way am I justifying his action, Anthony realize his actions were wrong and have since learned from his mistakes. I Perry Vital am asking the court to have mercy on him doing sentencing.

Anthony would like a second chance to prove to the court and socity that he can be a productive citizen if given a second chance.

Sincerely,

*Perry Vital*