UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUL 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 7/9/08

**Plaintiff:**  United States

**v.**                                                          **No.**   CR-07-00617 CW

**Defendant:**  Anthony Crawford (present - in custody)


**Appearances for Plaintiff:**
Doug Sprague for James Mann

**Appearances for Defendant:**
Jerome Matthews

**Probation Officer:**
Connie Cook for Jessica Goldsberry

**Hearing:  Sentencing**

**Notes:**    Defendant and counsel have read PSR; no factual disputes. Court finds Offense Level 23, Criminal History V, leading to a Guideline Range of 84 - 105.  The Court sentences the defendant to 84 months on each count to run concurrent to be followed by 3 years supervised release on each count to run concurrent under the usual terms and conditions and the special conditions as set forth in the PSR. If probation thinks it is needed, the defendant shall participate in a mental health program.  Search condition is with or without cause.  No fine imposed due to lack of ability to pay a fine. Defendant to pay $200 special assessment which may be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of $25 per quarter. Court will recommend participation in a drug program and placement close to the Bay Area.  Any remaining counts are dismissed.  Defendant remanded to custody of U.S. Marshal  See J&C for details.

Copies to: Chambers