**United States District Court**
For the Northern District of California

1

2                          IN THE UNITED STATES DISTRICT COURT

3                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    UNITED STATES OF AMERICA,                    No. CR 07-00617-01 CW

6              Plaintiff,                          **SEALING ORDER**

7       v.

8    ANTHONY CRAWFORD,

9              Defendant.

                                            /
10

11        The following documents in this action are placed under seal and shall not be opened

12   except by the United States Sentencing Commission for its eyes only and shall not be

13   transmitted or otherwise opened except by order of this court upon application.

14        ☒        Presentence Report

15        ☐        Plea Agreement

16        ☐        _____
                   (Other)
17

18   **IT IS SO ORDERED.**

19

20   Dated:  7/15/08                         _____
                                             CLAUDIA WILKEN
21                                           UNITED STATES DISTRICT JUDGE

22
     cc:     U.S. Attorney
23           Defense Counsel
             U.S. Probation
24           U.S. Marshal

25

26

27

28