IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CRAWFORD,

    Movant,

  v.

UNITED STATES OF AMERICA,

    Respondent.
                                        /

No. C 10-01240 CW
CR 07-00617 CW

ORDER TO SHOW CAUSE

Movant Anthony Crawford, a federal inmate at Federal Correctional Institutional in Lompoc, California, has filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Good cause appearing, the Court hereby issues the following orders:

    1.   The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2.   Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.   If Movant wishes to respond to the answer, he shall do so

by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 4/9/2010

Claudia Wilken
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Crawford

        Plaintiff,

  v.

USA

        Defendant.

Case Number: CV10-01240 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Crawford 90412-111
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
Washington D. C. 20530

Dated: April 9, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3