# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

USA,

               Plaintiff,

  v.

ANTHONY CRAWFORD,

               Defendant.
_____/

Case Number: CR07-00617 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2010, I SERVED a true and correct copy(ies) of the Order Denying Section 2255 Motion, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Crawford
90412-111
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

Dated: July 27, 2010

Richard W. Wieking, Clerk
By: Ronnie Hersler, Adm Law Clerk