# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender**
Anthony Crawford

**Docket Number**
0971 4:07CR00617-001 CW

FILED
JUN 2 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Name of Sentencing Judge:** The Honorable Claudia Wilken
Chief United States District Judge

**Date of Original Sentence:** July 9, 2008

**Original Offense:** Count One: Possession with Intent to Distribute Cocaine (21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(C)), a Class C felony
Count Two: Felon in Possession of a Firearm (18 U.S.C. § 922(g)(1)), a Class C felony

**Original Sentence:** Eighty-four months (84) custody, three (3) years supervised release.
**Special Conditions:** Special assessment $200.00; financial information; no new lines of credit or debit; participate in testing/treatment for drug/alcohol abuse; register as drug offender pursuant to state law; register as sex offender pursuant to federal and state law; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; collection of DNA; participate in a mental health treatment.

**Prior Form(s) 12:** On April 16, 2014, Your Honor was notified of the offender's failure to abstain from illegal controlled substances. As a result, on April 21, 2014, Your Honor modified the offender's supervised release conditions to include electronic monitoring as directed by U.S. Probation. On April 28, 2014, the offender was admitted into John Muir Hospital in Walnut Creek, as a result of an accident which resulted in his incapacitation. As such, electronic monitoring was not installed until June 13, 2014, when the offender was terminated from the recovery facility, Kindred Livermore Nursing Facility.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
James Mann

**Date Supervision Commenced**
September 6, 2013
**Defense Counsel**
Jerome Matthews (AFPD)

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

RE:   Crawford, Anthony                                                                                                  2
      0971 4:07CR00617-001 CW

1.   The defendant shall participate in a sex offender treatment program, as directed by the Probation Officer. The defendant shall abide by all rules, requirements, and conditions of such program, including, but not limited to, polygraph. The Probation Officer shall disclose the presentence report and/or any previous mental health evaluations or reports to the treatment provider.

2.   The defendant shall not frequent, or loiter, within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18.

3.   The defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18, except: (a) in the presence of the parent or legal guardian of said minor; and (b) on the condition that the defendant notify said parent or legal guardian of his conviction in the instant offense/prior offender. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal with in order to obtain ordinary and usual commercial services.

## Cause

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe that the offender violated standard condition number three which states that the offender shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | On June 10, 2014, I made contact with staff at Kindred Livermore Nursing Facility in Livermore, CA. At that time, I was advised that the offender had displayed sexually aggressive behavior toward nurses in the facility, resulting in his discharge on June 12, 2014. |
| | On June 10, 2014, I met with the offender about his inappropriate conduct toward staff. Despite repeated inquiries, Mr. Crawford denied any inappropriate behavior. |
| | On June 16, 2014, I met with the offender in my office. At that time, he admitted his improper behavior toward staff. He initially denied his conduct on June 10, 2014, because he felt it had been resolved and he had changed his behavior. |

RE:     Crawford, Anthony                                                                                                3
        0971 4:07CR00617-001 CW

> Evidence of these violations can be found in my case notes, dated June 10, 11, and 16, 2014.

## Action Taken

On June 11, 2014, I received a telephone call from the director of Kindred Livermore Nursing Facility. She informed that the offender was to be discharged that same day, based on his sex offender registration requirements, and his inappropriate behavior toward staff. The director concluded that the offender presented a risk to the vulnerable patients in the facility, as well as to the staff.

The offender was discharged from the facility on June 12, 2014, with electronic monitoring commencing on June 13, 2014. He is presently allowed to leave his residence for meetings with U.S. Probation and doctors' appointments.

As a result of the offender's inappropriate and aggressive sexual behavior toward nursing staff, I am requesting sex offender specific treatment. The offender has a prior conviction for having sex his 10 year old daughter, and other arrests involving sexual battery. As the offender is a registered sex offender, he does not qualify for inpatient residential treatment or halfway house placement.

Respectfully submitted,                              Reviewed by:

_____                            _____
Sonia Lapizco                                        Amy Rizor
U.S. Probation Officer Specialist                    Supervisory U.S. Probation Officer
Date Signed: June 18, 2014

RE: Crawford, Anthony 4
0971 4:07CR00617-001 CW

THE COURT ORDERS:

To modify the conditions of supervision as follows:

☒ 1. The defendant shall participate in a sex offender treatment program, as directed by the Probation Officer. The defendant shall abide by all rules, requirements, and conditions of such program, including, but not limited to, polygraph. The Probation Officer shall disclose the presentence report and/or any previous mental health evaluations or reports to the treatment provider.

2. The defendant shall not frequent, or loiter, within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18.

3. The defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18, except: (a) in the presence of the parent or legal guardian of said minor; and (b) on the condition that the defendant notify said parent or legal guardian of his conviction in the instant offense/prior offender. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal with in order to obtain ordinary and usual commercial services.

☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

JUN 2 3 2014
Date

Claudia Wilken
Chief United States District Judge

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Anthony Crawford
Docket No.: 0971 4:07CR00617-001 CW

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall participate in a sex offender treatment program, as directed by the Probation Officer. The defendant shall abide by all rules, requirements, and conditions of such program, including, but not limited to, polygraph. The Probation Officer shall disclose the presentence report and/or any previous mental health evaluations or reports to the treatment provider.

2. The defendant shall not frequent, or loiter, within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18.

3. The defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18, except: (a) in the presence of the parent or legal guardian of said minor; and (b) on the condition that the defendant notify said parent or legal guardian of his conviction in the instant offense/prior offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal with in order to obtain ordinary and usual commercial services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at Oakland.

Signed: _Anthony Crawford_     Date: 6-16-14
Supervised Releasee

Witness: _____     Date: 6-16-14