UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ANTHONY CRAWFORD**, <br><br> Defendant. | Case No.: 07-cr-00617-01 CW <br><br> [PROPOSED] **ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 25, 2015** <br><br> Date: Februay 23, 2015 <br> Time: 2:30 pm <br> Court: Judge Claudia Wilkens |

IT IS HEREBY ORDERED that the Status hearing in this matter is continued from February 23, 2015 to March 25, 2015 at 1:00 p.m.

Date: _____2/4/2015_____

_____
HON. CLAUDIA WILKEN
United States District Judge